**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re:   ROGER MOSS<br>         YESENIA DIAZ<br><br><br>         Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 12-06505 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/22/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/28/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 7

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    8,900.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,514.00 |
| Less amount refunded to debtor | $ | 990.00 |
| **NET RECEIPTS** | $ | 524.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 27.78 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 27.78 |
| Attorney fees paid and disclosed by debtor | $ | 503.68 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FIN | SECURED | 7,418.00 | 10,270.00 | 10,270.00 | 248.11 | .00 |
| JPMORGAN CHASE BANK | SECURED | 7,475.00 | 8,017.46 | 8,017.46 | 248.11 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY SER | UNSECURED | 37.13 | NA | NA | .00 | .00 |
| ADVANCED RADIOLOGY C | UNSECURED | 24.30 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 38.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 235.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMC ANSTHESIA | UNSECURED | 1,038.00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 1,239.00 | 1,238.73 | 1,238.73 | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,277.77 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 173.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 590.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 643.07 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 590.05 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,041.82 | 930.71 | 930.71 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,945.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 479.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 966.00 | 511.21 | 511.21 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 2,309.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,000.00 | 1,180.00 | 1,180.00 | .00 | .00 |
| CHILDRENS MEMORIAL H | UNSECURED | 462.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHILDRENS SURGICAL F | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,934.00 | 1,614.22 | 1,614.22 | .00 | .00 |
| COMCAST | UNSECURED | 453.00 | NA | NA | .00 | .00 |
| CONSULTANT RADIOLOGI | UNSECURED | 102.22 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | 649.00 | NA | NA | .00 | .00 |
| CONTINENTAL | OTHER | .00 | NA | NA | .00 | .00 |
| CORTRUST BANK | UNSECURED | 312.00 | NA | NA | .00 | .00 |
| CORTRUST BANK | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| DOCTORS OF THE NORHT | UNSECURED | 202.76 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 641.00 | 1,149.44 | 1,149.44 | .00 | .00 |
| FIRST BANK OF DELAWA | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 387.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 590.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 474.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| GENESIS CLINICAL LAB | UNSECURED | 65.02 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,032.00 | 1,032.28 | 1,032.28 | .00 | .00 |
| HSBC BANK | UNSECURED | 1,979.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 800.95 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 636.00 | 929.58 | 929.58 | .00 | .00 |
| HSBC BANK | UNSECURED | 1,407.00 | NA | NA | .00 | .00 |
| HSBC BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 800.00 | 615.81 | 615.81 | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 535.00 | NA | NA | .00 | .00 |
| INVOICE AUDIT SERV | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| INVOICE AUDIT SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| ISAC | UNSECURED | 7,743.78 | 8,012.27 | 8,012.27 | .00 | .00 |
| JUST ENERGY | UNSECURED | 257.71 | NA | NA | .00 | .00 |
| LHR INC | UNSECURED | 648.20 | NA | NA | .00 | .00 |
| LINCOLN DENTAL FAMIL | UNSECURED | 292.00 | NA | NA | .00 | .00 |
| LITTLE LOAN SHOPPE | UNSECURED | 1,805.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 119.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 846.79 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | UNSECURED | 1,795.20 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 206.00 | 407.06 | 407.06 | .00 | .00 |
| NORTHSHORE UNIV HEAL | UNSECURED | 1,264.72 | NA | NA | .00 | .00 |
| NORTHSHORE UNIV RADI | UNSECURED | 346.00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 158.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PAYDAY ONE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 2,309.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,767.71 | 2,276.44 | 2,276.44 | .00 | .00 |
| PROVIDIAN BANK CREDI | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 438.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPTAL-E | UNSECURED | 299.00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | OTHER | .00 | NA | NA | .00 | .00 |
| ST FRANCIS HOSPITAL- | UNSECURED | 558.72 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | OTHER | .00 | NA | NA | .00 | .00 |
| SALLIE MAE | UNSECURED | 9,078.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 975.25 | 1,073.17 | 1,073.17 | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 913.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| ST ELIZABETH HOSPITA | UNSECURED | 605.35 | 605.35 | 605.35 | .00 | .00 |
| T MOBILE | UNSECURED | 187.00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 312.00 | 311.95 | 311.95 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 893.00 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS I | UNSECURED | 181.18 | NA | NA | .00 | .00 |
| TRANSWORLD SYSTEMS I | OTHER | .00 | NA | NA | .00 | .00 |
| VAN RU CREDIT CORP | UNSECURED | 433.48 | NA | NA | .00 | .00 |
| VAN RU CREDIT CORP | OTHER | .00 | NA | NA | .00 | .00 |
| WATER OF NORTH AMERI | UNSECURED | 363.00 | NA | NA | .00 | .00 |
| WOMENS WORKOUT WORLD | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| MOHAMMED ALEEMUDDIN | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | NA | 815.58 | 815.58 | .00 | .00 |
| KAHUNA PAYMENT SOLUT | SECURED | NA | 1,225.40 | .00 | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | NA | .00 | 1,225.40 | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | NA | 1,279.52 | 1,279.52 | .00 | .00 |
| LHR INC | UNSECURED | NA | 641.14 | 641.14 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | NA | 200.00 | 200.00 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | NA | 190.15 | 190.15 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 18,287.46 | 496.22 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 18,287.46 | 496.22 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 26,240.01 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 27.78 |
| Disbursements to Creditors | $ | 496.22 |
| **TOTAL DISBURSEMENTS:** | $ | 524.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/03/2012                           /s/ Tom Vaughn
                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**